IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DNA GENOTEK INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-355-SLR |
| | ) |
| ANCESTRY.COM DNA, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER**

      IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that defendant's time in which to move, plead or otherwise respond to the Complaint is extended until July 27, 2015.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/Stephanie E. O'Byrne* |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Bindu A. Palapura (No. 5370) |
| SHAW KELLER LLP | Stephanie E. O'Byrne (No. 4446) |
| 300 Delaware Avenue, Suite 1120 | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 298-0700 | 1313 N. Market Street |
| jshaw@shawkeller.com | Wilmington, DE 19801 |
| kkeller@shawkeller.com | (302) 984-6000 |
| *Attorneys for Plaintiff* | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Dated: June 25, 2015 | sobyrne@potteranderson.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2015.

                                                                  _____
                                                                  United States District Judge