IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DNA GENOTEK INC., | ) | |
| | ) | |
| Plaintiff, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| v. | ) | C.A. No. 15-355-SLR-SRF |
| | ) | |
| ANCESTRY.COM DNA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT LETTER TO THE HONORABLE SHERRY R. FALLON</u>**

OF COUNSEL:
David C. Doyle
Brian M. Kramer
John R. Lanham
Dean S. Atyia
MORRISON FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 314-5415

Dated: December 20, 2016

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
300 Delaware Avenue, Suite 1120
SHAW KELLER LLP
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Plaintiff*





Karen E. Keller
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
(302) 298-0702 - Direct
kkeller@shawkeller.com

December 20, 2016

**BY CM/ECF & HAND DELIVERY**
The Honorable Sherry R. Fallon
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *DNA Genotek Inc. v. Ancestry.com DNA LLC*, C.A. No. 15-355-SLR-SRF

Dear Judge Robinson:

Counsel for DNA Genotek Inc. ("DNAG") and counsel for Ancestry.com DNA LLC ("Ancestry") submit this joint letter pursuant to the Court's November 1, 2016, Order.

### Whether the Initial Exchanges Have Been Meaningful

The parties agree that, to date, the initial exchanges of patent disclosures have been meaningful.

### Whether Discovery of Paper and Electronic Documents is Being Completed in Accordance with the Scheduling Order

The parties have ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### Whether the Parties Anticipate the Need to Seek Amendment of Any Deadlines for Fact Discovery

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the parties will confer in good faith regarding whether any amendment of deadlines for fact discovery is warranted and will inform the Court if necessary.

### Whether the Parties Request a Discovery Review Conference to Address Any Fact Discovery Issues

The parties do not presently request a discovery review conference.

SHAW KELLER LLP
The Honorable Sherry R. Fallon
Page 2

                            Respectfully submitted,

                            */s/ Karen E. Keller*

                            Karen E. Keller (No. 4489)

cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF & e-mail)