IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DNA GENOTEK INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-355-SLR-SRF |
| | ) | |
| ANCESTRY.COM DNA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**
**BY DNA GENOTEK INC. AND ANCESTRY.COM DNA, LLC**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff DNA Genotek Inc. and Defendant Ancestry.com DNA, LLC hereby stipulate as follows:

1. All claims and counterclaims in the above-captioned action relating to U.S. Patent No. 8,221,381 B2 (Count I and First and Second Counterclaims) are hereby dismissed WITH PREJUDICE.

2. All other claims and counterclaims (Counts II & V-VII and Third Counterclaim) in the above-captioned action are hereby dismissed WITH PREJUDICE.

3. Each party shall bear its own costs, expenses, and attorneys' fees.

*<u>/s/ Karen E. Keller</u>*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Plaintiff*

*<u>/s/ Stephanie E. O'Byrne</u>*
David E. Moore (No. 3983)
Stephanie E. O'Byrne (No. 4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com
*Attorneys for Defendants*

OF COUNSEL:
David C. Doyle
Brian M. Kramer
John R. Lanham
Dean S. Atyia
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 314-5415

OF COUNSEL:
Jeffrey E. Ostrow
Jonathan C. Sanders
JaeWon Lee
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
(650) 251-5000

Dated: January 31, 2017

SO ORDERED this ___ day of _______________, 2017.

____________________________________
United States District Judge